```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

　against

LUIS OLIVENCIA, and FRANCIS ROCCO,

　　　　　　　　　Defendants.

No. 08 Cr. 566 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from defendant Luis Olivencia dated August 5, 2008, requesting that the pretrial conference scheduled for August 7, 2008 be adjourned to August 18, 2008 or another date acceptable to the Court. According to Olivencia, all parties consent to the adjournment of the conference, as well as an exclusion of time between now and the date of the rescheduled conference pursuant to 18 U.S.C. 3161.

Olivencia's request is granted. The conference previously scheduled for August 7, 2008 is hereby adjourned to August 18, 2008 at 4:00pm. Additionally, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(a), the interests of the public and the defendant in a speedy trial are in this instance outweighed by the need for defendant Olivencia to complete inpatient drug treatment and effectively prepare for trial with his counsel. Accordingly, the Court hereby excludes time from August 7, 2008 until August 18, 2008 for all defendants pursuant to §§ 3161(h)(8)(a) and 3161(h)(7).

SO ORDERED.

Dated:　　August 5, 2008
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE