UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

against

FRANCIS ROCCO,

                  Defendant.

No. 08 Cr. 566 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of defendant Francis Rocco's letter dated August 19, 2008, requesting permission to travel to the District of New Jersey on Saturday, August 23, 2008.

Defendant's request to travel to New Jersey on August 23, 2008 is granted. The Court will address the remaining requests contained in defendant's letter at the next status conference, scheduled for September 5, 2008 at 11:00 a.m.

SO ORDERED.

Dated:    August 21, 2008
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE