USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIS OLIVENCIA
FRANCIS ROCCO

              Defendants.

Case No. 08 CR 566 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      The pre trial conference scheduled for August 18, 2008 has been adjourned to September 5, 2008 at 11:00am. Pursuant to the attached letters from counsel from both defendants, the Court will exclude the Speedy Trial time in the interest of Justice pursuant to 18 USC 3161(h)(8)(A) from today until the next conference.

SO ORDERED.

Dated:     August 21, 2008
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

JOSE R. ALMONTE

jose.almonte@dechert.com
+1 212 698 3858 Direct
+1 212 698 0458 Fax

August 15, 2008

**VIA HAND DELIVERY**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007-1312

Re:   *United States v. Luis Olivencia and Francis Rocco*, 08-Cr-566 (RJS)

Dear Judge Sullivan:

On behalf of Luis Olivencia, a defendant in the above-captioned case, we write to confirm that the pretrial conference scheduled for August 18, 2008, has been adjourned until September 5, 2008, at 11:00 a.m. We consent to the exclusion of time, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

Respectfully,

José R. Almonte
Michael J. Gilbert

cc: AUSA Adam S. Hickey (via facsimile)
    Susan G. Kellman, Esq. (via facsimile)

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Munich  Paris  ASIA  Hong Kong

*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*

25 8th Avenue
Brooklyn, New York 11217

Telephone: (718) 783-8200
Telecopier: (718) 783-8226
e-mail: kellmanesq@aol.com

August 14, 2008

**By Regular Mail**
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Francis Rocco**
08 Cr. 566 (RJS)

Dear Judge Sullivan:

Counsel represents Francis Rocco in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. I write to confirm the adjourned date in the above-referenced matter. It is our current understanding that the matter will next appear on the Court's calendar for a status conference on Friday, September 5, 2008, at 11am.

I have discussed this matter with Mr. Rocco and he consents to this exclusion of Speedy Trial time.

Respectfully submitted,

Susan G. Kellman

cc:   Adam Hickey, Esq.
      Asst. United States Atty.

      Michael Gilbert, Esq.

      Francis Rocco